IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STREAM TV NETWORKS, INC., et al.,<br><br>       Plaintiffs,<br>v.<br><br>SHADRON L. STASTNEY, et al.<br><br>       Defendants. | CIVIL ACTION<br><br>No. 23-mc-135-KSM |

### NOTICE OF RESPONSE TO COURT'S OCTOBER 30, 2023 ORDER [D.I. 16]

**PLEASE TAKE NOTICE THAT** on October 30, 2023, the Clerk of the United States District Court requested a list of all cases in any court, including the Bankruptcy Court, in which any of the Plaintiffs sought relief against any of the Defendants named in this case.

**PLEASE TAKE FURTHER NOTICE** that in response, Plaintiffs attach a chart outlining the cases, including the parameters required by the Court's Order, identifying legal disputes adjudicated by Plaintiffs and any of the Defendants. See Exhibit A.

Date: November 1, 2023

Respectfully submitted,

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Facsimile: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com

-and-

Bennett G. Fisher (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
24 Greenway Plaza, Suite 1400

Houston, TX 77046
Telephone: (346) 241-4095
Bennett.Fisher@lewisbrisbois.com

-and-

Keith Kodosky (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308
Telephone: (404) 991-2183
Keith.Kodosky@lewisbrisbois.com

*Counsel to Debtors*

131456938.1

131456938.1