IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STREAM TV NETWORKS, INC.**, et al, <br><br> Plaintiffs, <br><br> *v.* <br><br> **SHADRON L STASTNEY,** et al., <br><br> Defendants. | MISCELLANEOUS ACTION <br><br> NO. 23-mc-135-KSM |

## ORDER

**AND NOW**, this 16th day of November, 2023, upon consideration of Plaintiffs' motion for Withdrawal of Reference (Doc. No. 1), it is **ORDERED** that the motion is **DENIED**.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.